UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

07 CR 10308 RCL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| V. | ) | VIOLATION |
| | ) | 18 U.S.C. §1425(a) |
| JOSE L. ESPINAL | ) | (Unlawful Procurement of Naturalization) |

**INDICTMENT**

**COUNT ONE**: 18 U.S.C. §1425(a) -- Unlawful Procurement of Naturalization

The Grand Jury charges that:

On or about October 1, 2002 at Boston, in the District of Massachusetts,

**JOSE L. ESPINAL**

the defendant herein, did knowingly procure his naturalization contrary to law by making material false statements under oath in his naturalization application and at his naturalization interview.

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS					September    , 2007

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk
9/12/07  1:W