AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

FILED IN CLERKS OFFICE
2008 DEC 0 1
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA
v.
JOSE L. ESPINAL

**WARRANT FOR ARREST**

Case Number: **07 CR 10308 RCL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JOSE L. ESPINAL_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

UNLAWFUL PROCUREMENT OF NATURALIZATION

in violation of Title __18__ United States Code, Section(s) __1425__

_F. Dellorusso_
Name of Issuing Officer

_Signature of Issuing Officer_

_Title of Issuing Officer_

9/12/12  Boston, MA
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 15 Dec 08 | Doire, Scott R  DEO | |
| DATE OF ARREST | USMS Boston MA | |
| 15 Dec 08 | | |