## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSSETS
## BOSTON, MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:07-cr-10308-NMG |
| v. ) | |
| ) | |
| JOSE L. ESPINAL ) | |
| ) | |

## **MOTION FOR RETURN OF BAIL**

Now comes Counsel in the above-entitled matter and moves this Honorable Court to return the bail previously posted on this case. As grounds therefore Counsel would state that the above-entitled matter was dismissed on June 18, 2010. As such, Counsel moves this Honorable Court to return the bail to the Surety.

    Respectfully submitted,
    JOSE L. ESPINAL
    By his attorney:

    /s/ Eduardo Masferrer
    Eduardo Masferrer
    Masferrer & Associates, P.C.
    BBO# 644623
    6 Beacon St. Suite 815
    Boston, MA 02108
    (617) 531-0135

Dated: June 21, 2010

## *Certificate of Service*

  I, Eduardo Masferrer, certify that on this day of June 21, 2010, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF).

                   /s/ Eduardo Masferrer