## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**United States of America,**

v.

**Jose Espinal            ,**

**CRIMINAL**

**NO.  07-10308-NMG**

### Order of Dismissal
### September 28, 2010

  **Gorton,  D. J.**

In accordance with the Courts allowance of defendants motion to dismiss,  it is hereby Ordered this case is  Dismissed without Prejudice.

**Approved,**

**/s/ Nathaniel M. Gorton,**
**United States District Judge**

**By the Court,**

**/s/ Craig J. Nicewicz**
**Deputy Clerk**

(Dismendo.ord - 09/92)                                                                                             [odism.]